# Court of Appeals
# of the State of Georgia

ATLANTA,  January 18, 2023

*The Court of Appeals hereby passes the following order:*

## A23I0113. MARQUISE ARMOND ROSADO v. THE STATE.

Marquise Armond Rosado, who was charged with rape, sexual battery, and aggravated sodomy, seeks interlocutory review of a trial court order setting a pre-trial bond amount of $50,000.[1] We, however, lack jurisdiction.

Because this case remains pending below, the trial court's order setting Rosado's bond reduction was interlocutory. See *Howard v. State*, 194 Ga. App. 857 (392 SE2d 562) (1990). To appeal the order, Rosado was required to comply with the interlocutory appeal procedure, including obtaining a certificate of immediate review from the trial court. See OCGA § 5-6-34 (b). Rosado did not obtain a certificate of immediate review from the trial court within ten days of entry of the order he wishes to appeal. Rosado's failure to do so deprives us of jurisdiction to consider this

---

[1] Rosado filed a "Writ of Certiorari-Probable Cause" to the Georgia Supreme Court, which docketed his filing as an application for interlocutory review and transferred the case to this Court. See Case No. S23I0362 (Nov. 29, 2022).

application, which is hereby DISMISSED. See *Mullinax v. State*, 271 Ga. 112 (1) (515 SE2d 839) (1999); *Howard*, 194 Ga. App. at 857.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,__01/18/2023_____*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*